# United States Bankruptcy Court
# Middle District of Pennsylvania

In re:  |  Case No. 5:23-bk-00117-MJC

Kimberly Ann Conahan,

Debtor.

Chapter 13

## Certificate of Service

I certify that on this date I served a true and correct copy of the Debtor's Second Amended Chapter 13 Plan and notice of confirmation hearing on the following parties by first class mail or through the CM/ECF system:

- Hazleton School Employees Credit Union , 1049 Wilbur Court, Hazle Township, PA 18202-1612
- Pennsylvania Department of Revenue , Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946
- AES/Suntrust , Attn: Bankruptcy, PO Box 2461, Harrisburg, PA 17105-2461
- Capital Accounts , Attn: Bankruptcy, PO Box 140065, Nashville, TN 37214-0065
- Capital One , P.O. Box 30285, Salt Lake City, UT 84130-0285
- Credit Collection Services , Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679
- Eastern Revenue Inc , 601 Dresher Rd Ste 301, Horsham, PA 19044-2238
- Educational Credit Management Corporation , P.O. Box 16408, St. Paul, MN 55116-0408
- First Premier Bank , Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524
- FIRST SAVINGS BANK BLAZE, ATTN BANKRUPTCY, 1500 S HIGHLINE AVE, SIOUX FALLS SD 57110-1003
- Hazleton School Emp C , 1049 Wilbur Ct, Hazle Township, PA 18202-1612
- Internal Revenue Service , PO Box 7346, Philadelphia, PA 19101-7346
- JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999
- Kohls/Capital One , Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043
- LVNV Funding, LLC , Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587
- Lake-Lehman School District , 1237 Market St, Dallas, PA 18612-3118
- Luzerne County Tax Claim Bureau , 200 North River Street, Wilkes Barre, PA 18711-1004
- MERRICK BANK , Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368
- Midland Credit Management, Inc. , PO Box 2037, Warren, MI 48090-2037
- Midland Funding, LLC , Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069
- MISSION LANE LLC, PO BOX 105286, ATLANTA GA 30348-5286
- OneMain Financial , PO Box 3251, Evansville, IN 47731-3251
- PHEAA , PO Box 8147, Harrisburg, PA 17105-8147
- Pennsylvania Attorney General , 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001
- Pennsylvania Department of Revenue , Po Box 280946, Harrisburg, PA 17128-0946
- Pennsylvania Office of General Counsel , 333 Market St Fl 17, Harrisburg, PA 17101-2210

- PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067
- Premier Bankcard, LLC , Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302
- Quantum3 Group LLC as agent for , Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788
- Rushmore Loan Mgmt Srvc , Attn: Bankruptcy, P.O. Box 55004, Irvine, CA 92619-5004
- Township of Jackson , 1275 Huntsville Road, Shavertown, PA 18708-9204
- U.S. Attorney, Middle District of Pa. , 235 N Washington Ave Ste 311, Scranton, PA 18503-1533
- U.S. Bank Trust National Association, not in, c/o Michael J. Clark, Esq., One Jenkintown Station, Suite 104, 115 West Avenue, Jenkintown, PA 19046-2031
- U.S. Department of Justice , 950 Pennsylvania Ave NW, Washington, DC 20530-0009
- United States Trustee , 228 Walnut Street, Suite 1190, Harrisburg, PA 17101-1722
- Velocity Investments, Llc , Attn: Bankruptcy Attn: Bankruptcy, 1800 Route 34N , Suite 305, Wall, NJ 07719-9146
- JACK N ZAHAROPOULOS, ATTN CHAPTER 13 TRUSTEE, 8125 ADAMS DRIVE SUITE A, HUMMELSTOWN PA 17036

Date: November 15, 2023

/s/ Michael I. Assad
Michael I. Assad (#330937)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com