# UNITED STATES BANKRUPTCY COURT
### For The Middle District of Pennsylvania

In re: Kimberly Ann Conahan

Case No. 5:23-bk-00117-MJC

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Legacy Mortgage Asset Trust 2019-GS7

U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2019-GS7

Name of Transferee

Name of Transferor

Name and Address where notices to transferee should be sent:

c/o Rushmore Servicing
PO Box 619096
Dallas, TX  75261-9741

Phone: 877-888-4623
Last Four Digits of Acct #: XXXXXX5809

Court Claim #(if known): 14

Amount of Claim: $141,412.79

Date Claim Filed: 03/28/2023

Phone: 888-504-6700
Last Four Digits of Acct #: 0155

Name and Address where transferee payments should be sent (if different from above):

c/o Rushmore Servicing
PO Box 619094
Dallas, TX 75261-9741

Phone: 877-888-4623
Last Four Digits of Acct #: XXXXXX5809

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Lorraine Gazzara Doyle

Date: November 20, 2023

Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: Kimberly Ann Conahan | Chapter: 13 |
| | Bankruptcy No.: 5:23-bk-00117-MJC |
| Debtor | 11 U.S.C. § 362 |

Legacy Mortgage Asset Trust 2019-GS7

Movant

vs.

Kimberly Ann Conahan

Debtor

and

Jack N Zaharopoulos

Trustee

Respondents

<b>CERTIFICATE OF SERVICE</b>

I hereby certify that I am over 18 years of age; and that service upon all interested parties, indicated below, was made by sending true and correct copies of the Transfer of Claim electronically and/or via First Class Mail, postage prepaid.

Date Served: _____11/20/2023_____

Jack N Zaharopoulos
Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

United States Trustee
1501 N. 6th St
Harrisburg, PA 17102

Kimberly Ann Conahan
103 E Meadow St
Shavertown, PA 18708-9793

02145-9/VC

Michael I. Assad
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102

I hereby certify the foregoing to be true and correct under penalty of perjury.

Respectfully submitted,

 /s/ Lorraine Gazzara Doyle
Richard M. Squire, Esq.
Michael J. Clark, Esq.
Lorraine Gazzara Doyle, Esq.
One Jenkintown Station, Suite 104
115 West Avenue
Jenkintown, PA 19046
215-886-8790
215-886-8791 (FAX)
rsquire@squirelaw.com
mclark@squirelaw.com
ldoyle@squirelaw.com

02145-9/VC