United States Bankruptcy Court

Middle District of Pennsylvania

In re:     Case No. 23-00117-MJC

Kimberly Ann Conahan     Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2

Date Rcvd: Nov 20, 2023     Form ID: trc     Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2023:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5530305 | + Email/Text: nsm_bk_notices@mrcooper.com | Nov 20 2023 18:52:00 | U.S. Bank Trust National Association, not in its i, PO BOX 55004, Irvine CA 92619-5004 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2023     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Joseph R. Baranko, Jr. | on behalf of Creditor Hazleton School Employees Credit Union josephb@slusserlawfirm.com |
| Lorraine Gazzara Doyle | on behalf of Creditor Legacy Mortgage Asset Trust 2019-GS7 ldoyle@squirelaw.com LOGSECF@logs.com |
| Michael I. Assad | on behalf of Debtor 1 Kimberly Ann Conahan mail@cibiklaw.com cibiklawpc@jubileebk.net;ecf@casedriver.com;cibiklaw@recap.email |
| Michael J Clark | |

on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2019-GS7 pabk@logs.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 6

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:23-bk-00117-MJC
Chapter 13

In re: Debtor(s) (including Name and Address)

Kimberly Ann Conahan
103 E Meadow St
Shavertown PA 18708-9793

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/20/2023.

Name and Address of Alleged Transferor(s):

Claim No. 14: U.S. Bank Trust National Association, not in its i, PO BOX 55004, Irvine CA 92619

Name and Address of Transferee:

Legacy Mortgage Asset Trust 2019-GS7
c/o Rushmore Servicing
PO Box 619096
Dallas, TX 75261-9741
Legacy Mortgage Asset Trust 2019-GS7
c/o Rushmore Servicing

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/22/23

Terrence S. Miller
**CLERK OF THE COURT**