IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    KIMBERLY ANN CONAHAN<br>    *Debtor*<br>U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR LEGACY MORTGAGE ASSET TRUST 2019-GS7 c/o Nationstar Mortgage<br>    *Movant*<br><br>    vs.<br>KIMBERLY ANN CONAHAN,<br>    *Debtor/Respondent* | Bankruptcy No. 23-00117-MJC<br>Chapter 13 |

**ENTRY OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS, RECEIPT OF NOTICES AND INCLUSION ON NOTICE LIST**

TO THE CLERK, U.S. BANKRUPTCY COURT, THE DEBTORS, AND ALL OTHER PARTIES OF INTEREST:

    PLEASE TAKE NOTICE that the undersigned attorney is counsel on behalf of U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2019-GS7 c/o Nationstar Mortgage ("Creditor"), a creditor and party-in-interest in the above captioned Chapter 13 case. Pursuant to Bankruptcy Rules 2002 and 9007, Bankruptcy Code §§ 102(1), 342, and 1109(b) Creditor requests special notice of all matters which must be noticed to creditors be given to **Sarah K. McCaffery, Esquire** at the below address and/or telephone number set forth below. This request includes without limitation, all orders, notices, hearing dates, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of disclosure statements, and all other documents filed with the bankruptcy court in the above captioned matter whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, courier service, delivery service, telephone, telegraph or otherwise.

                                Respectfully Submitted,

Date: 1/12/2024

                            /s/ Sarah K. McCaffery, Esquire
                            Sarah K. McCaffery, Esquire
                            HLADIK, ONORATO & FEDERMAN, LLP
                            298 Wissahickon Avenue
                            North Wales, PA 19454
                            (215) 855-9521
                            smccaffery@hoflawgroup.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    KIMBERLY ANN CONAHAN<br>    *Debtor*<br>U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR LEGACY MORTGAGE ASSET TRUST 2019-GS7 c/o Nationstar Mortgage<br>    *Movant*<br><br>    vs.<br>KIMBERLY ANN CONAHAN,<br>    *Debtor/Respondent* | Bankruptcy No. 23-00117-MJC<br>Chapter 13 |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I caused to be served true and correct copies of the Entry of Appearance at the respective last known address of each person set forth below on 1/12/2024.

Michael I. Assad, Esquire
*Attorney for Debtor*
*Via ECF/CM Notification*

Jack N. Zaharopoulos, Esquire
*Chapter 13 Trustee*
*Via ECF/CM Notification*

Kimberly Ann Conahan
103 East Meadow Street
Shavertown, PA 18708
*Debtor*
*Via First Class Mail*

Date: 1/12/2024

   /s/ Sarah K. McCaffery, Esquire
Sarah K. McCaffery, Esquire
HLADIK, ONORATO & FEDERMAN, LLP
298 Wissahickon Avenue
North Wales, PA 19454
(215) 855-9521
smccaffery@hoflawgroup.com