Rev. 03/23/21

# LOCAL BANKRUPTCY FORM 4001-1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                             :    CHAPTER 13
                                                   :
KIMBERLY ANN CONAHAN                               :    CASE NO.5__23__-bk-__00117-MJC__
                                                   :
                                                   :
            Debtor(s)                              :

## POST-PETITION PAYMENT HISTORY
## NOTE AND MORTGAGE DATED APRIL 25, 2005

Recorded on 05/04/2005 , in LUZERNE County, at BOOK# 3005, PAGE# 105181 .

Property Address:

103 EAST MEADOW STREET, SHAVERTOWN, PA 18708

Mortgage Servicer:

RUSHMORE SERVICING

Post-petition mailing address for Debtor(s) to send payment:

PO BOX 619094, DALLAS, TX 75261

Mortgagor(s)/Debtor(s):

KIMBERLY ANN CONAHAN

Payments are contractually due:

Monthly [X]   Semi-monthly [ ]   Bi-weekly [ ]   Other _____

Each Monthly Payment is comprised of:
Principal and Interest.......  $575.01
R.E. Taxes.....................
Insurance......................
Late Charge...................
Other...........................  $282.98         (Specify: ESCROW PORTION )
**TOTAL**......................  $857.99

**POST-PETITION PAYMENTS** (Petition was filed on 01/22/2023 )

| Date Received | Amount Received | Payment Amount Due | Payment Date Applied to | Amount to/from Suspense | Check Number |
|---|---|---|---|---|---|
| 02/01/2023 | $857.99 | $857.99 | 02/01/2023 | | |
| 03/03/2023 | $1,715.98 | $857.99 | 03/01/2023 | $857.99 | |
| FROM SUSPENSE | $857.99 | $857.99 | 04/01/2023 | $-857.99 | |
| 05/30/2023 | $857.99 | $857.99 | 05/01/2023 | | |
| 07/28/2023 | $857.99 | $857.99 | 06/01/2023 | | |
| 11/29/2023 | $762.77 | | | $762.77 | |
| 02/20/2024 | $2415.93 | $857.99 | 07/01/2023 | $1557.94 to suspense $2320.71 total | |
| | | $857.99 | 08/01/2023 from suspense | $-857.99 | |
| | | $857.99 | 09/01/2023 from suspense | $-857.99 | |
| 02/29/2024 | $800.00 | | | $800.00 to suspense $1404.73 total | |
| | | $857.99 | 10/01/2023 from suspense | $-857.99 | |
| | | | | | |

[Continue on attached sheets if necessary]

TOTAL NUMBER OF POST-PETITION PAYMENTS PAST DUE: 5 MONTHS AT $857.99 EACH as of 03/13/2024.

TOTAL AMOUNT OF POST-PETITION ARREARS: $3,743.21 as of 03/13/2024.
(5 months at $857.99, $546.74 in suspense)

Dated: 3/27/2024

Rushmore Servicing
Mortgage Company

Donnyell Williams       **Assistant Secretary**
(Print Name and Title)

*[signature]*

(2)