# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 23-00117-MJC |
| Kimberly Ann Conahan | : Chapter 13 |
| Debtor | : |
| | : |
| U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2019-GS7 by its servicer, Rushmore Servicing | : |
| Movant | : |
| vs. | : |
| Kimberly Ann Conahan | : |
| Debtor/Respondent | : |
| and | : |
| Jack N. Zaharopoulos, Esquire | : |
| Trustee/Respondent | : |

## ORDER

AND NOW, this ____ day of _____, 2024, upon the Motion of Movant, U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2019-GS7 by its servicer, Rushmore Servicing, it is hereby

ORDERED THAT: the Motion is granted as to Movant and its successors, if any, and the Automatic Stay of all proceedings, as provided under 11 U.S.C. § 362 of the Bankruptcy Code is modified and lifted with respect to the premises, 103 East Meadow Street, Shavertown, PA 18708.

_____
Honorable Mark J. Conway
U.S. Bankruptcy Judge