IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 23-00117-MJC |
| Kimberly Ann Conahan | : Chapter 13 |
|     Debtor | : |
| | : |
| U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2019-GS7 by its servicer, Rushmore Servicing | : |
|     Movant | : |
|     vs. | : |
| Kimberly Ann Conahan | : |
|     Debtor/Respondent | : |
|     and | : |
| Jack N. Zaharopoulos, Esquire | : |
|     Trustee/Respondent | : |

## CERTIFICATION OF NON-CONCURRENCE

I, Danielle Boyle-Ebersole, Esquire counsel for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2019-GS7 by its servicer, Rushmore Servicing, Creditor, hereby certify that on **03/29/2024**, our office contacted Debtor's counsel, Michael I. Assad, Esquire. On 03/29/2024, Debtor's counsel stated the Debtor did not concur; therefore, Creditor files this Motion with a Non-Concurrence.

Date: 03/29/2024

/s/ Danielle Boyle-Ebersole, Esquire
Danielle Boyle-Ebersole, Esquire
PA ID# 81747
HLADIK, ONORATO & FEDERMAN, LLP
298 Wissahickon Avenue
North Wales, PA 19454
(215) 855-9521
Dboyle-ebersole@hoflawgroup.com