IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 23-00117-MJC |
| Kimberly Ann Conahan | : Chapter 13 |
|     Debtor | : |
| | : |
| U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2019-GS7 by its servicer, Rushmore Servicing | : |
|     Movant | : |
|     vs. | : |
| Kimberly Ann Conahan | : |
|     Debtor/Respondent | : |
|     and | : |
| Jack N. Zaharopoulos, Esquire | : |
|     Trustee/Respondent | : |

## CERTIFICATION OF SERVICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

I, Danielle Boyle-Ebersole, Esq., attorney for Movant, U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2019-GS7 by its servicer, Rushmore Servicing, hereby certify that I served a true and correct copy of the Motion for Relief from Automatic Stay and Notice of Motion, Response Deadline and Hearing Date, by United States Mail, first class, postage prepaid, or Electronic Mail on **03/29/2024** upon the following:

Michael I. Assad, Esquire
Via Electronic Filing
*Attorney for Debtors*

Jack N. Zaharopoulos, Esquire
Via Electronic Filing
*Trustee*

Kimberly Ann Conahan
103 E. Meadow Street
Shavertown, PA 18708
Via First Class Mail
*Debtors*

Respectfully Submitted,

Date: 03/29/2024

/s/ Danielle Boyle-Ebersole, Esquire
Danielle Boyle-Ebersole, Esquire
PA ID# 81747
HLADIK, ONORATO & FEDERMAN, LLP
298 Wissahickon Avenue
North Wales, PA 19454
(215) 855-9521
Dboyle-ebersole@hoflawgroup.com