# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Kimberly Ann Conahan  
               Debtor(s)

BK NO. 23-00117 MJC

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS LLC and index same on the master mailing list.

                              Respectfully submitted,

/s/ Michael Farrington  
Michael Farrington  
25 Apr 2024, 13:58:18, EDT

KML Law Group, P.C.  
BNY Mellon Independence Center  
701 Market Street, Suite 5000  
Philadelphia, PA  19106  
215-627-1322