## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 23-00117-MJC |
| Kimberly Ann Conahan | : Chapter 13 |
|     Debtor | : |
| | : |
| U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2019-GS7 | : |
|     Movant | : |
|     vs. | : |
| Kimberly Ann Conahan | : |
|     Debtor/Respondent | : |
|     and | : |
| Jack N. Zaharopoulos, Esquire | : |
|     Trustee/Respondent | : |

### ORDER

AND NOW, this _____ day of _____, 2024, it is hereby ORDERED that this Stipulation Agreement between the parties is hereby approved.

_____
Honorable Mark J. Conway
Chief U.S. Bankruptcy Judge