IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 23-00117-MJC |
| Kimberly Ann Conahan | : Chapter 13 |
|     Debtor | : |
| | : |
| U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2019-GS7 | : |
|     Movant | : |
|     vs. | : |
| Kimberly Ann Conahan | : |
|     Debtor/Respondent | : |
|     and | : |
| Jack N. Zaharopoulos, Esquire | : |
|     Trustee/Respondent | : |

## ORDER

Upon consideration of the Consent Order/Stipulation filed at Dkt. # 55 in the above-captioned case ("Consent Order/Stipulation"), it is hereby

**ORDERED** that the Consent Order/Stipulation is **APPROVED.**

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: May 30, 2024