

298 Wissahickon Avenue
North Wales, PA 19454
Telephone: 215-855-9521
Facsimile: 215-855-9121
HOF# 23-02888

July 12, 2024

Michael I. Assad, Esquire
Cibik Law, PC
1500 Walnut Street, Suite 900
Philadelphia, PA 18708

      RE:    Kimberly Ann Conahan
              Chapter 13, Case No. 23-00117-MJC
              Type of Action: U.S. Bank Trust National Association, not in its individual capacity but solely as Owner Trustee for Legacy Mortgage Asset Trust 2019-GS7 c/o Selene Finance's Notice of Default

Dear Attorney Assad:

      The stipulation, executed by the parties and approved by the Court, in the above referenced matter requires the Debtor to remain current with her monthly post-petition payments. The Debtor has not been making post-petition payments as required by the Stipulation. The post-petition delinquency is as follows:

| | |
|---|---:|
| Regular Monthly Payments (May 1, 2024 through July 1, 2024 at $857.99 each)………………………………………….. | $2,573.97 |
| Attorney fees for Notice of Default……………………………………………………………. | $100.00 |
| **TOTAL POST-PETITION ARREARS………………………………………………….** | **$2,673.97** |

      The Debtor is therefore in default of the agreed stipulation. The amount needed to cure the additional post-petition default is **$2,673.97.** The payment to cure these arrears must be made in certified funds.

      Additionally, the Debtor has failed to file an Amended Plan to place the post-petition arrears of $5,850.20 into the Plan, as required by paragraph 1 a of the Stipulation.

In accordance with said stipulation, this shall serve as ten (10) days written notice of default. If the default is not cured within ten (10) days of the date of this letter, then Creditor, shall file a Certification with the Court, entitling it to relief from stay.

If you should have any questions, please contact my office.

Very truly yours,

*/s/ Danielle Boyle-Ebersole*
Danielle Boyle-Ebersole, Esquire

cc: Kimberly Ann Conahan
103 E. Meadow Street
Shavertown, PA 18708