IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 23-00117-MJC |
| Kimberly Ann Conahan | : Chapter 13 |
|     Debtor | : |
| | : |
| U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCAF Acquisition Trust | : |
|     Movant | : |
|     vs. | : |
| Kimberly Ann Conahan | : |
|     Debtor/Respondent | : |
|     and | : |
| Jack N. Zaharopoulos, Esquire | : |
|     Trustee/Respondent | : |

## **ORDER**

AND NOW, this ____ day of _____, 2024, upon the Certification of Default of Movant, U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCAF Acquisition Trust, it is hereby

ORDERED THAT: the relief requested is granted as to Movant and its successors, if any, and the Automatic Stay of all proceedings, as provided under 11 U.S.C. § 362 of the Bankruptcy Code is modified and lifted with respect to the premises, 103 East Meadow Street, Shavertown, PA 18708;

IT IS FURTHER ORDERED that the 14-day stay provided by Rule 4001(a)(3) is hereby waived.

_____
Honorable Mark J. Conway
U.S. Bankruptcy Judge

Case 5:23-bk-00117-MJC    Doc 59-3    Filed 07/31/24    Entered 07/31/24 15:47:49    Desc
Proposed Order    Page 1 of 1