IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Kimberly Ann Conahan<br>    Debtor | : Bankruptcy No. 23-00117-MJC<br>: Chapter 13<br>:<br>: |
| U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCAF Acquisition Trust<br>    Movant<br>vs.<br>Kimberly Ann Conahan<br>    Debtor/Respondent<br>and<br>Jack N. Zaharopoulos, Esquire<br>    Trustee/Respondent | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## **CERTIFICATION OF SERVICE**

I, Danielle Boyle-Ebersole, Attorney for Movant, hereby certify that I served a true and correct copy of the foregoing Certificate of Default, by United States Mail, first class, postage prepaid, or Electronic Mail on **07/31/2024:**

Michael A. Cibik, Esquire  
Via ECF  
*Attorney for Debtors*

Kimberly Ann Conahan  
103 E Meadow St  
Shavertown, PA 18708  
Via First Class Mail  
*Debtors*

Jack N. Zaharopoulos, Esquire  
VIA ECF  
*Trustee*

                                                  /s / Danielle Boyle-Ebersole, Esquire  
                                                  Danielle Boyle-Ebersole, Esquire  
                                                  Hladik, Onorato & Federman, LLP  
                                                  Attorney I.D. # 81747  
                                                  298 Wissahickon Avenue  
                                                  North Wales, PA 19454  
                                                  Phone 215-855-9521  
Date: 07/30/2024                              Email: dboyle-ebersole@hoflawgroup.com