B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Middle District of Pennsylvania

In re KIMBERLY ANN CONAHAN, Case No. 23-00117-MJC

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST | Legacy Mortgage Asset Trust 2019-GS7 |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
SELENE FINANCE, LP
ATTN: BK DPT, 3501 OLYMPUS BLVD., SUITE 500
DALLAS, TX 75019

Court Claim # (if known): 14
Amount of Claim: $141,412.79
Date Claim Filed: 03/28/2023

Phone: 877-768-3759
Last Four Digits of Acct #: 8949

Phone: 888-699-5600
Last Four Digits of Acct. #: 5809

Name and Address where transferee payments should be sent (if different from above):
SELENE FINANCE, LP
ATTN: BK DPT, 3501 OLYMPUS BLVD., SUITE 500
DALLAS, TX 75019

Phone: 877-768-3759
Last Four Digits of Acct #: 8949

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Stephen M. Hladik, Esquire        Date: 08/06/2024
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 23-00117-MJC |
| Kimberly Ann Conahan | : Chapter 13 |
|     Debtor | : |
| | : |
| U.S. Bank Trust National Association Not in its Individual Capacity but Solely As Owner Trustee For RCAF Acquisition Trust c/o Selene Finance, LP | : : : |
|     Movant | : |
|     vs. | : |
| Kimberly Ann Conahan | : |
|     Debtor/Respondent | : |
|     and | : |
| Jack N. Zaharopoulos, Esquire | : |
|     Trustee/Respondent | : |

## CERTIFICATE OF SERVICE

I, Stephen M. Hladik Esquire, hereby certify that on **08/06/2024**, I have served a copy of this Transfer of Claim and all attachments to the following by U.S. Mail, postage pre paid and/or via filing with the US Bankruptcy Court's CM ECF system.

Michael Cibik, Esquire
Via Electronic Filing
*Attorney for Debtor*

Kimberly Ann Conahan
103 E. Meadow Street
Shavertown, PA 18708
Via First Class Mail
*Debtors*

Jack N. Zaharopoulos, Esquire
Via Electronic Filing
*Trustee*

Date: 08/06/2024

/s/ Stephen M. Hladik, Esquire
Stephen M. Hladik, Esquire
HLADIK, ONORATO & FEDERMAN, LLP
298 Wissahickon Avenue
North Wales, PA 19454
(215) 855-9521
shladik@hoflawgroup.com