IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Kimberly Ann Conahan<br>　　　　　　　Debtor<br><br>U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCAF Acquisition Trust<br>　　　　　　　Movant<br>vs.<br>Kimberly Ann Conahan<br>　　　　　　　Debtor/Respondent<br>and<br>Jack N. Zaharopoulos, Esquire<br>　　　　　　　Trustee/Respondent | Bankruptcy No. 23-00117-MJC<br>Chapter 13 |

**ORDER**

Upon the Certification of Default of Movant, U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCAF Acquisition Trust, Dkt. # 59 it is hereby

**ORDERED** that the relief requested is granted as to Movant and its successors, if any, and the Automatic Stay of all proceedings, as provided under 11 U.S.C. §362 of the Bankruptcy Code is modified and lifted with respect to the premises, 103 East Meadow Street, Shavertown, PA 18708; and it is further

**ORDERED** that the 14-day stay provided by Rule 4001(a)(3) is hereby waived.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: August 7, 2024