United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-00117-MJC |
| Kimberly Ann Conahan | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Aug 08, 2024 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2024:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/Text: RASEBN@raslg.com | Aug 08 2024 18:40:00 | U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS IN, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Road, Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 10, 2024         Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2024 at the address(es) listed below:

**Name**    **Email Address**

Danielle Boyle-Ebersole
on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2019-GS7 dboyle-ebersole@hoflawgroup.com, ckohn@hoflawgroup.com

Denise E. Carlon
on behalf of Creditor Morgan Stanley Mortgage Capital Holdings LLC bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com

Jack N Zaharopoulos
TWecf@pamd13trustee.com

Joseph R. Baranko, Jr.

| | |
|---|---|
| | on behalf of Creditor Hazleton School Employees Credit Union josephb@slusserlawfirm.com |
| Lorraine Gazzara Doyle | |
| | on behalf of Creditor Legacy Mortgage Asset Trust 2019-GS7 ldoyle@squirelaw.com LOGSECF@logs.com |
| Michael A. Cibik | |
| | on behalf of Debtor 1 Kimberly Ann Conahan help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| Michael J Clark | |
| | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2019-GS7 pabk@logs.com |
| Michelle McGowan | |
| | on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST mimcgowan@raslg.com |
| Robert Shearer | |
| | on behalf of Creditor Morgan Stanley Mortgage Capital Holdings LLC rshearer@raslg.com |
| Sarah K. McCaffery | |
| | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2019-GS7 smccaffery@pincuslaw.com, ckohn@hoflawgroup.com |
| Stephen M Hladik | |
| | on behalf of Creditor U.S. Bank Trust National Association Not in its Individual Capacity but Solely As Owner Trustee For RCAF Acquisition Trust c/o Selene Finance LP shladik@hoflawgroup.com, ckohn@hoflawgroup.com |
| United States Trustee | |
| | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 12

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Kimberly Ann Conahan<br>        Debtor | Bankruptcy No. 23-00117-MJC<br>Chapter 13 |
| U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCAF Acquisition Trust<br>        Movant<br>vs.<br>Kimberly Ann Conahan<br>        Debtor/Respondent<br>and<br>Jack N. Zaharopoulos, Esquire<br>        Trustee/Respondent | |

## ORDER

Upon the Certification of Default of Movant, U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCAF Acquisition Trust, Dkt. # 59 it is hereby

**ORDERED** that the relief requested is granted as to Movant and its successors, if any, and the Automatic Stay of all proceedings, as provided under 11 U.S.C. §362 of the Bankruptcy Code is modified and lifted with respect to the premises, 103 East Meadow Street, Shavertown, PA 18708; and it is further

**ORDERED** that the 14-day stay provided by Rule 4001(a)(3) is hereby waived.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: August 7, 2024