In re:
Case No. 23-00117-MJC

Kimberly Ann Conahan
Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 4

Date Rcvd: Nov 27, 2024      Form ID: ordsmiss      Total Noticed: 43

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Kimberly Ann Conahan, 103 E Meadow St, Shavertown, PA 18708-9793 |
| cr | + | Hazleton School Employees Credit Union, 1049 Wilbur Court, Hazle Township, PA 18202-1612 |
| 5517219 | + | Capital Accounts, Attn: Bankruptcy, PO Box 140065, Nashville, TN 37214-0065 |
| 5517225 | + | Hazleton School Emp C, 1049 Wilbur Ct, Hazle Township, PA 18202-1612 |
| 5517241 | | Lake-Lehman School District, 1237 Market St, Dallas, PA 18612-3118 |
| 5517242 | + | Luzerne County Tax Claim Bureau, 200 North River Street, Wilkes Barre, PA 18711-1004 |
| 5517246 | + | Township of Jackson, 1275 Huntsville Road, Shavertown, PA 18708-9204 |
| 5517247 | | U.S. Attorney, Middle District of Pa., 235 N Washington Ave Ste 311, Scranton, PA 18503-1533 |
| 5523680 | + | U.S. Bank Trust National Association, not in its i, c/o Michael J. Clark, Esq., One Jenkintown Station, Suite 104, 115 West Avenue, Jenkintown, PA 19046-2031 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Nov 27 2024 18:41:00 | U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS IN, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Road, Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |
| 5517218 | | Email/Text: bncnotifications@pheaa.org | Nov 27 2024 18:41:00 | AES/Suntrust, Attn: Bankruptcy, PO Box 2461, Harrisburg, PA 17105-2461 |
| 5517220 | + | EDI: CAPITALONE.COM | Nov 27 2024 23:38:00 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5517221 | + | EDI: CCS.COM | Nov 27 2024 23:38:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 5517222 | | Email/Text: emails@easternrevenue.com | Nov 27 2024 18:41:00 | Eastern Revenue Inc, 601 Dresher Rd Ste 301, Horsham, PA 19044-2238 |
| 5528137 | | Email/Text: ECMCBKNotices@ecmc.org | Nov 27 2024 18:41:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 5517224 | | Email/Text: BNBLAZE@capitalsvcs.com | Nov 27 2024 18:41:00 | First Savings Bank/Blaze, Attn: Bankruptcy, PO Box 5096, Sioux Falls, SD 57117-5096 |
| 5517223 | + | EDI: AMINFOFP.COM | Nov 27 2024 23:38:00 | First Premier Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 5517240 | | EDI: IRS.COM | Nov 27 2024 23:38:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5517226 | | EDI: JEFFERSONCAP.COM | Nov 27 2024 23:38:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 16 McLeland Road, Saint Cloud, MN 56303 |
| 5517227 | | Email/Text: PBNCNotifications@peritusservices.com | Nov 27 2024 18:40:00 | Kohls/Capital One, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 5517228 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

| | | | |
|---|---|---|---|
| | | Nov 27 2024 18:49:02 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5579263 | + Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | Nov 27 2024 18:41:00 | Legacy Mortgage Asset Trust 2019-GS7, c/o Rushmore Servicing, PO Box 619096, Dallas, TX 75261-9096 |
| 5579264 | + Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | Nov 27 2024 18:41:00 | Legacy Mortgage Asset Trust 2019-GS7, c/o Rushmore Servicing, PO Box 619096, Dallas, TX 75261-9741, Legacy Mortgage Asset Trust 2019-GS7, c/o Rushmore Servicing 75261-9096 |
| 5517229 | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | Nov 27 2024 18:49:07 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5517232 | Email/Text: ml-ebn@missionlane.com | | |
| | | Nov 27 2024 18:40:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 5518705 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Nov 27 2024 18:41:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5517230 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Nov 27 2024 18:41:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 5517231 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Nov 27 2024 18:41:00 | Midland Funding, LLC, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 5517233 | EDI: AGFINANCE.COM | | |
| | | Nov 27 2024 23:38:00 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 5517243 | Email/Text: fesbank@attorneygeneral.gov | | |
| | | Nov 27 2024 18:41:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120 |
| 5517234 | + Email/Text: bncnotifications@pheaa.org | | |
| | | Nov 27 2024 18:41:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 5517235 | EDI: PRA.COM | | |
| | | Nov 27 2024 23:38:00 | Portfolio Recovery Associates LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| 5522664 | EDI: PRA.COM | | |
| | | Nov 27 2024 23:38:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 5517244 | EDI: PENNDEPTREV | | |
| | | Nov 27 2024 23:38:00 | Pennsylvania Department of Revenue, Po Box 280946, Harrisburg, PA 17128-0946 |
| 5517244 | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
| | | Nov 27 2024 18:41:00 | Pennsylvania Department of Revenue, Po Box 280946, Harrisburg, PA 17128-0946 |
| 5517245 | ^ MEBN | | |
| | | Nov 27 2024 18:37:59 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 5526858 | + EDI: JEFFERSONCAP.COM | | |
| | | Nov 27 2024 23:38:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 5517805 | EDI: Q3G.COM | | |
| | | Nov 27 2024 23:38:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5517236 | + Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | Nov 27 2024 18:41:00 | Rushmore Loan Mgmt Srvc, Attn: Bankruptcy, P.O. Box 55004, Irvine, CA 92619-5004 |
| 5643960 | + Email/Text: bkteam@selenefinance.com | | |
| | | Nov 27 2024 18:41:00 | U.S. Bank Trust National Association, et al., c/o Selene Finance LP, 3501 Olympus Blvd Suite 500, Dallas, TX 75019-6295 |
| 5643961 | + Email/Text: bkteam@selenefinance.com | | |
| | | Nov 27 2024 18:41:00 | U.S. Bank Trust National Association, et al., c/o Selene Finance LP, 3501 Olympus Blvd Suite 500, Dallas, TX 75019, U.S. Bank Trust National Association, et, c/o Selene Finance LP 75019-6295 |
| 5530305 | + Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | Nov 27 2024 18:41:00 | U.S. Bank Trust National Association, not in its i, PO BOX 55004, Irvine CA 92619-5004 |
| 5517248 | ^ MEBN | | |
| | | Nov 27 2024 18:37:53 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |

5517237      Email/Text: dispute@velocityrecoveries.com

Nov 27 2024 18:41:00      Velocity Investments, Llc, Attn: Bankruptcy Attn: Bankruptcy, 1800 Route 34N , Suite 305, Wall, NJ 07719

TOTAL: 35

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2024      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 27, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Danielle Boyle-Ebersole | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2019-GS7 dboyle-ebersole@hoflawgroup.com, ckohn@hoflawgroup.com |
| Denise E. Carlon | on behalf of Creditor Morgan Stanley Mortgage Capital Holdings LLC bkgroup@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Joseph R. Baranko, Jr. | on behalf of Creditor Hazleton School Employees Credit Union josephb@slusserlawfirm.com |
| Lorraine Gazzara Doyle | on behalf of Creditor Legacy Mortgage Asset Trust 2019-GS7 ldoyle@squirelaw.com  LOGSECF@logs.com |
| Michael A. Cibik | on behalf of Debtor 1 Kimberly Ann Conahan help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| Michael J Clark | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2019-GS7 pabk@logs.com |
| Michelle McGowan | on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST mimcgowan@raslg.com |
| Robert Shearer | on behalf of Creditor Morgan Stanley Mortgage Capital Holdings LLC rshearer@raslg.com |
| Sarah K. McCaffery | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2019-GS7 smccaffery@pincuslaw.com, ckohn@hoflawgroup.com |
| Stephen M Hladik | on behalf of Creditor U.S. Bank Trust National Association Not in its Individual Capacity but Solely As Owner Trustee For RCAF Acquisition Trust c/o Selene Finance  LP shladik@hoflawgroup.com, ckohn@hoflawgroup.com |

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 12

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Kimberly Ann Conahan,             Chapter      13

     **Debtor 1**

                                         Case No.      5:23−bk−00117−MJC

### <u>Order</u>

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

            By the Court,

            Mark J. Conway, United States Bankruptcy Judge

            Dated: November 27, 2024

ordsmiss (05/18)